**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2234**

ERIC ALAN SANDERS,

Plaintiff - Appellant,

v.

WAL-MART STORES EAST, L.P.,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken. J. Michelle Childs, District Judge.  (1:14-cv-03509-JMC)

Submitted:  April 25, 2017                    Decided:  April 27, 2017

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Alan Sanders, Appellant Pro Se.  Cheryl L. Behymer, Nicole P. Cantey, FISHER & PHILLIPS, LLP,  Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Alan Sanders appeals the district court's order partially accepting the recommendation of the magistrate judge and denying relief on Sanders' employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we deny Sanders' pending motions and affirm for the reasons stated by the district court. *Sanders v. Wal-Mart Stores East, L.P.,* No. 1:14-cv-03509-JMC (D.S.C. Mar. 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*